of Appeals for the Seventh Circuit granted.  *Mr. Clarence E. Mehlhope* and *Mr. Arthur H. Ewald* for petitioner. *Mr. V. H. Lockwood* for respondent.

---

No. 823.  JACOB ROUSS, PETITIONER, *v.* THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.  March 11, 1918.  Petition for a writ of certiorari to the Supreme Court of the State of New York denied.  *Mr. Charles E. LeBarbier* for petitioner.  *Mr. Einar Chrystie* and *Mr. George W. Wickersham* for respondent.

---

No. 832.  ALFRED T. PETERSON, PETITIONER, *v.* UNITED STATES.  March 11, 1918.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. R. A. Ayers* for petitioner. *The Solicitor General* for the United States.

---

No. 837.  ANNE MARIE BERG ET AL., PETITIONERS, *v.* CHARLES D. BAKER.  March 11, 1918.  Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied.  *Mr. Halvor Steenerson* for petitioners. No appearance for respondent.

---

No. 842.  MATTIE RIEGER, PETITIONER, *v.* ROBERT ABRAMS.  March 11, 1918.  Petition for a writ of certiorari to the Supreme Court of the State of Washington denied.  *Mr. Dallas V. Halverstadt* for petitioner.  No appearance for respondent.